**No. 62446.**—Imperial International Corp. *v.* United States, protests 321968–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62447.**—P. John Hanrahan, Inc., et al. *v.* United States, protests 323437–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62448.**—International Expediters, Inc., et al. *v.* United States, protests 325103–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62449.**—Midwest Plywood Company *v.* United States, protest 325353–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 14, 1958

**No. 62450.**—"21" Brands, Inc. *v.* United States, protests 317381–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.